AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or more of Methamphetamine
21 U.S.C. § 841(a)(1) and (b)(1)(A) –Distribution of 500 grams or more of Methamphetamine (4 counts)
21 U.S.C. § 841(a)(1) and (b)(1)(A) –Possession with Intent to Distribute 500 grams or more of Methamphetamine ☐

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Max: Life, Min.10 years, Supervised release: max: life, min. 5 years, $10,000,000 fine, forfeiture, potential deportation, denial of federal benefits, special assessment.

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form ____ Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ____ Maya Karwande

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**

JUL 11 2024

─── DEFENDANT - U.S ───

▶ JULIO PALAFOX

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

DISTRICT COURT NUMBER

CR - 24 00394   **AMO**

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT

SEALED BY ORDER OF THE COURT

## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 11 20??

*OAKLAND DIVISION*

### THE UNITED STATES OF AMERICA

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

vs

### JULIO PALAFOX

## CR - 24 00394 AMO

## INDICTMENT

**COUNT ONE:** 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or more of Methamphetamine

**COUNT TWO:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine

**COUNT THREE:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine

**COUNT FOUR:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine

**COUNT FIVE:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine

**COUNT SIX:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine

*A true bill.*

_____

*Foreperson*

Filed in open court this ___11___ day of ___July___ A.D. 202_4_

_____
United States Magistrate Judge

Bail. $ _No bail arrest warrant_

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

SEALED BY ORDER
OF THE COURT

**FILED**

JUL 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR-24 00394 AMO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. |
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| v. | ) 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii) – |
| | ) Conspiracy to Distribute and Possess with Intent to |
| JULIO PALAFOX, | ) Distribute 500 grams or more of Methamphetamine; |
| | ) |
| Defendant. | ) 21 U.S.C. § 841(a)(1) and (b)(1)(A) –Distribution of |
| | ) 500 grams or more of Methamphetamine (4 counts); |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(A) –Possession with |
| | ) Intent to Distribute 500 grams or more of |
| | ) Methamphetamine; |
| | ) |
| | ) 21 U.S.C. § 853 – Forfeiture Allegation |
| | ) |

_____

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and
Possess with Intent to Distribute 500 grams or more of Methamphetamine)

Beginning on a date unknown to the Grand Jury, but no later than December 20, 2022, and

continuing through at least December 14, 2023, both dates being approximate and inclusive, in the

Northern District of California and elsewhere, the defendant,

JULIO PALAFOX,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

INDICTMENT

and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii).

COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine)

On or about May 5, 2023, in the Northern District of California, the defendant,

JULIO PALAFOX,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (A)(viii).

COUNT THREE:        (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine)

On or about June 28, 2023, in the Northern District of California, the defendant,

JULIO PALAFOX,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (A)(viii).

COUNT FOUR:        (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine)

On or about July 27, 2023, in the Northern District of California, the defendant,

JULIO PALAFOX,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (A)(viii).

COUNT FIVE:        (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of Methamphetamine)

On or about October 5, 2023, in the Northern District of California, the defendant,

JULIO PALAFOX,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

INDICTMENT                                2

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (A)(viii).

COUNT SIX:            (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine)

On or about December 14, 2023, in the Northern District of California, the defendant,

JULIO PALAFOX,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (A)(viii).

FORFEITURE ALLEGATION:      (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Three above, the defendant,

JULIO PALAFOX,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

INDICTMENT                                    3

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED:      July 11, 2024

A TRUE BILL.

_____
FOREPERSON
San Jose

ISMAIL J. RAMSEY
United States Attorney


/s/ Maya Karwande_____
Maya Karwande
Assistant United States Attorney

INDICTMENT                                                  4